**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-80137-MIDDLEBROOKS

HARVEY SULTZER, *as representative of*
*the* ESTATE OF SANDRA SULTZER,

    Plaintiffs,

v.

INTUITIVE SURGICAL, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on July 11, 2024. (DE 40). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

    **SIGNED** in Chambers, at West Palm Beach, Florida, this 12th day of July, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: attorneys of record