IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HARVEY SULTZER, individually,
and as representative of the ESTATE OF
SANDRA SULTZER,

*Plaintiffs,*

v.

INTUITIVE SURGICAL, INC.,

*Defendant.*

Civil Action No. 9:24-cv-80137-DMM

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the claims asserted by Plaintiff are dismissed with prejudice, with each party to bear his/its own costs and fees.

SULTZER & LIPARI, PLLC
Joseph Lipari (*pro hac vice*)
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100
*Counsel for Plaintiff*

/s/ John Scarola
SEARCY DENNEY SCAROLA BARNHART
& SHIPLEY, PA
JOHN SCAROLA
FLORIDA BAR NO. 169440
2139 Palm Beach Lakes Blvd
West Palm Beach, FL 33409
561-686-6300 Telephone
561-383-9451 Fax
_scarolateam@searcylaw.com

CLARKE SILVERGLATE, P.A.
Spencer Silverglate (No. 769223)
Stephanie Simm (No. 015486)
Raul Alvarez (No. 1025071)
5301 Blue Lagoon Drive, 9th Floor
Miami, FL 33126
Phone: 305-377-1557
Facsimile: 305-377-3001
ssilverglate@cspalaw.com
ssimm@cspalaw.com
ralvarez@cspalaw.com
*Counsel for Defendant Intuitive Surgical, Inc.*